THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL TORRES, Appellant. [970 NYS2d 886]—Appeal by the defendant from a resentence of the County Court, Nassau County (Carter, J.), imposed February 2, 2012, upon his convictions of murder in the first degree, murder in the second degree (two counts), robbery in the first degree (two counts), criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, the resentence being a period of postrelease supervision in addition to the determinate terms of imprisonment previously imposed on November 20, 2002. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL TORRES, Appellant. [970 NYS2d 884]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed October 4, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

As the People correctly concede, the defendant's purported waiver of the right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v DeSimone*, 80 NY2d 273, 283

[1992]) and, thus, does not preclude review of his excessive sentence claims. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Chambers and Austin, JJ., concur.